UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:22-cr-00033 |
| : | |
| JOSEPH RAYMOND BERGER (1) and : | |
| JOSEPH PAUL BERGER (2) : | |

**O R D E R**

**AND NOW**, this 5th day of February, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

The Motion to Dismiss Indictment,(ECF Nos. 87, 96, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge